AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

### McALLEN DIVISION

| UNITED STATES OF AMERICA | United States District Court | CRIMINAL COMPLAINT |
|---|---|---|
| V. | Southern District of Texas | |
| Juan Pablo Portillo-Gutierrez | FILED | |
| | | Case Number:   M-21- 805  -M |
| AKA: Carlos Lopez-Gutierrez | APR 1 4 2021 | |
| IAE      YOB:    1983 | Nathan Ochsner, Clerk | |
| El Salvador | | |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____ April 12, 2021 _____ in _____ Hidalgo _____ County, in

the _____ Southern _____ District of _____ Texas _____

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Progreso, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title _____ 8 _____ United States Code, Section(s) _____ 1326 _____ (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Juan Pablo Portillo-Gutierrez was encountered by Border Patrol Agents near Progreso, Texas on April 12, 2021. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on April 12, 2021 near Progreso, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on December 06, 2012, through San Antonio, Texas. Prior to Deportation/Exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes   ☒ No

Complaint authorized by AUSA D. Chung

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

/S/ Margaret Gonzalez
Signature of Complainant

April 14, 2021 — 4:55 pm

Margaret Gonzalez              Border Patrol Agent

Juan F. Alanis              , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer